COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven W. Vennemann,<br><br>Plaintiff,<br><br>v.<br><br>Badger Mutual Insurance Company,<br><br>Defendant. | Court File No. 02-64 (ADM/AJB)<br><br>**STIPULATION TO EXTEND PRETRIAL DEADLINES**<br><br>**AND**<br><br>**ORDER** |

## STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree that the dates in the Court's February 20, 2002, Pretrial Scheduling Order may be extended by 3 months. The parties so stipulate and agree for the following reasons:

1. This case involves a fire that occurred at a house owned by Plaintiff. Defendant Badger Mutual Insurance Company denied coverage on several grounds, including that the fire was started by or at the direction of Plaintiff. Discovery, if it is necessary, will largely focus on evidence on that arson issue.

2. There is a threshold legal question in the case about whether the property was "vacant," within the meaning of the subject insurance policy, such that the policy does not provide coverage.

3. Defendant served a motion for summary judgment based on that issue on June 14, 2002. Plaintiff's attorney was in trial in federal court on another matter and, thus, Defendant granted an extension to July 26, 2002, for Plaintiff to serve his response. The parties agreed that Defendant's reply would be due for service on August 7, 2002, at which time the motion can be filed and a hearing date obtained.

FILED JUL 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

4. The parties agree that the summary judgment motion is essentially a legal question that will be submitted to the Court without written or deposition discovery.

5. The current scheduling order provides for an October 15, 2002, close of discovery.

6. The parties would like to avoid the significant expense of the written and deposition discovery that may be needed in this matter on the arson and other issues until the Court's decision on the threshold coverage issue in the summary judgment motion. Therefore, they seek an extension of 3 months for all the pretrial deadlines set forth in the Pretrial Order, which should permit a decision on the summary judgment motion before the parties must incur the expense of potentially unnecessary discovery.

Dated: July 30, 2002

**FLYNN, GASKINS & BENNETT, L.L.P.**

John Laravuso

Bradley J. Ayers, #189303
John Laravuso, #259123
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
Phone: (612) 333-9500
Fax: (612) 333-9579
**ATTORNEYS FOR DEFENDANT**

Dated: July 16, 2002

Robert J. Patient

Robert J. Patient, #121496
1250 Norwest Center
55 East Fifth Street
St. Paul, MN 55101
Phone: (651) 222-4426
Fax: (651) 222-0432
**ATTORNEY FOR PLAINTIFF**

[ORDER PAGE FOLLOWS]

**ORDER**

In accordance with the foregoing Stipulation, all dates in the February 20, 2002, Pretrial Scheduling Order are hereby extended 3 months.

Dated: 7/31, 2002

Arthur J. Boylan
United States Magistrate Judge