# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3677

| | | |
|---|---|---|
| Steven W. Vennemann, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| Badget Mutual Insurance Company, | * | |
| | * | |
| Appellee. | * | 02-64 ADM/AJB |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 2, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

FILED 07-25-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________